1  James J. Pisanelli, Esq., Bar No. 4027
   JJP@pisanellibice.com
2  Debra L. Spinelli, Esq., Bar No. 9695
   DLS@pisanellibice.com
3  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
4  Las Vegas, Nevada 89101
   Telephone: (702) 214-2100
5
   Kevin D. Tessier, Esq. (*pro hac vice* application forthcoming)
6  ktessier@reedsmith.com
   Karen E. Vaysman, Esq. (*pro hac vice* application forthcoming)
7  kvaysman@reedsmith.com
   REED SMITH LLP
8  10 South Wacker Drive
   Chicago, Illinois 60606-7507
9  Telephone: (312) 207-1000

10 *Attorneys for Rocky Mountain Hospital and Medical*
11 *Service, Inc. d/b/a Anthem Blue Cross and Blue Shield and*
   *HMO Colorado Inc. d/b/a HMO Nevada*
12
              **UNITED STATES DISTRICT COURT**
13
                  **DISTRICT OF NEVADA**
14
15 SUNRISE HOSPITAL AND MEDICAL          Case No.: 2:18-cv-00761-RFB-GWF
   CENTER, LLC
16
                Plaintiff,
17                                        **DEFENDANTS' MOTION FOR**
       vs.                                **EXTENSION OF TIME TO RESPOND TO**
18                                        **PLAINTIFF'S COMPLAINT**
   ROCKY MOUNTAIN HOSPITAL AND            **(First Request)**
19 MEDICAL SERVICE, INC. d/b/a ANTHEM
   BLUE CROSS AND BLUE SHIELD; HMO
20 COLORADO INC. d/b/a HMO NEVADA
21             Defendants.
22
23
24        Defendants Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross
25 and Blue Shield and HMO Colorado Inc. d/b/a HMO Nevada (collectively, "Defendants")
26 respectfully move the Court for an extension of time (their first request) to respond to Plaintiff's
27 Complaint, from the current May 3, 2018 deadline to June 2, 2018.  This Motion is made pursuant
28

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

1  to LR I.A 6-1 and LR 7-2, and is supported by the attached Memorandum of Points and

2  Authorities, and any oral argument this Court may choose to consider.

3        DATED this 30th day of April, 2018

4                        PISANELLI BICE PLLC

5

6                    By:                                 
                               James J. Pisanelli, Esq., Bar No. 4027

7                                 Debra L. Spinelli, Esq., Bar No. 9695
                               400 South 7th Street, Suite 300

8                                 Las Vegas, Nevada 89101

9                                 and

10                                 Kevin D. Tessier, Esq. (*pro hac vice* forthcoming)
                               Karen E. Vaysman, Esq. (*pro hac vice* forthcoming)

11                                 REED SMITH LLP
                               10 South Wacker Drive

12                                 Chicago, Illinois 60606-7507

13                                 *Attorneys for Rocky Mountain Hospital and Medical
Service, Inc. d/b/a Anthem Blue Cross and Blue Shield and
HMO Colorado Inc. d/b/a HMO Nevada*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       2

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield and HMO Colorado Inc. d/b/a HMO Nevada (collectively, "Defendants") respectfully move the Court for an extension of time (their first request) to respond to Plaintiff's Complaint, from the current May 3, 2018 deadline to June 2, 2018, and in support state as follows:

1.      On April 2, 2018, Plaintiff filed its Complaint in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-768132-C, styled *Sunrise Hospital and Medical Center, LLC, Plaintiff(s) vs. Rocky Mountain Hospital and Medical Service, Inc., Defendant(s)*. (Dkt. 1, Ex. 2.)

2.      Defendants were served with Summons and the Complaint on April 3, 2018. (Dkt. 1, Ex. 2.)

3.      On April 26, 2018, Defendants filed a petition for Removal with this Court, removing the case from the Eighth Judicial District Court of Clark County, Nevada to the United State District Court for the District Court of Nevada on the grounds of diversity jurisdiction under 28 U.S.C. § 1332. (Dkt. 1.)

4.      Under Federal Rule of Civil Procedure 81(c)(2)(C), Defendants' current deadline to respond to Plaintiff's Complaint is May 3, 2018.

5.      Defendants require additional time to investigate Plaintiff's claims and prepare a proper response. This request is brought in good faith and is not made to unnecessarily delay any proceedings in this matter.

6.      Thus, Defendants seek an extension of time to respond to Plaintiff's Complaint up through and including June 2, 2018.

7.      This is Defendants' first request for an extension of time to respond to Plaintiff's Complaint.

8.      Counsel for Defendants has contacted Plaintiff's counsel regarding the requested extension, but at the time of this filing, Plaintiff's counsel has not indicated whether they oppose the instant request for an extension of time.

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

1    9.    Pursuant to Chamber Practices, a proposed Order is also submitted hereto as

2  Exhibit 1.

3    WHEREFORE, Defendants Rocky Mountain Hospital and Medical Service, Inc. d/b/a

4  Anthem Blue Cross and Blue Shield and HMO Colorado Inc. d/b/a HMO Nevada respectfully

5  requests that the Court enter an Order extending the deadline for Defendants to respond to

6  Plaintiff's Complaint to and including June 2, 2018.

7    DATED this 30th day of April, 2018

8                                    PISANELLI BICE PLLC

9

10                          By: _____
                                James J. Pisanelli, Esq., Bar No. 4027
11                              Debra L. Spinelli, Esq., Bar No. 9695
                                400 South 7th Street, Suite 300
12                              Las Vegas, Nevada 89101

13                              and

14                              Kevin D. Tessier, Esq. (*pro hac vice* forthcoming)
                                Karen E. Vaysman, Esq. (*pro hac vice* forthcoming)
15                              REED SMITH LLP
                                10 South Wacker Drive
16                              Chicago, Illinois 60606-7507

17                              *Attorneys for Rocky Mountain Hospital and Medical
                                Service, Inc. d/b/a Anthem Blue Cross and Blue Shield and
18                              HMO Colorado Inc. d/b/a HMO Nevada*

19  APPROVED:

20  DATED this   15th day of May, 2018.

21

22

23  _____
    RICHARD F. BOULWARE, II
24  United States District Judge

25

26

27

28

4

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Pisanelli Bice PLLC, and that on this 30th day of April, 2018, I caused to be e-filed/e-served through the Court's CM/ECF system a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** to the following:

Joshua M. Dickey
Bailey Kennedy
8984 Spanish Ridge Ave.
Las Vegas, NV 89148

*Attorney for Plaintiff*

An employee of PISANELLI BICE PLLC

# EXHIBIT 1

1  James J. Pisanelli, Esq., Bar No. 4027
   JJP@pisanellibice.com
2  Debra L. Spinelli, Esq., Bar No. 9695
   DLS@pisanellibice.com
3  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
4  Las Vegas, Nevada 89101
   Telephone: (702) 214-2100
5
   Kevin D. Tessier, Esq. (*pro hac vice* forthcoming)
6  ktessier@reedsmith.com
   Karen E. Vaysman, Esq. (*pro hac vice* forthcoming)
7  kvaysman@reedsmith.com
   REED SMITH LLP
8  10 South Wacker Drive
   Chicago, Illinois 60606-7507
9  Telephone: (312) 207-1000

10 *Attorneys for Rocky Mountain Hospital and Medical*
11 *Service, Inc. d/b/a Anthem Blue Cross and Blue Shield and*
   *HMO Colorado Inc. d/b/a HMO Nevada*
12
                      **UNITED STATES DISTRICT COURT**
13
                          **DISTRICT OF NEVADA**
14

15 SUNRISE HOSPITAL AND MEDICAL          Case No.: 2:18-cv-00761-RFB-GWF
   CENTER, LLC
16
                 Plaintiff,
17                                       **[PROPOSED] ORDER**
            vs.
18
   ROCKY MOUNTAIN HOSPITAL AND
19 MEDICAL SERVICE, INC. d/b/a ANTHEM
   BLUE CROSS AND BLUE SHIELD; HMO
20 COLORADO INC. d/b/a HMO NEVADA

21               Defendants.

22

23

24      This matter comes before the Court upon Defendants Rocky Mountain Hospital and

25 Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield and HMO Colorado Inc.'s d/b/a

26 HMO Nevada Motion for Extension of Time to Respond to Plaintiff's Complaint. For good cause

27 shown, the Motion is **GRANTED.**

28

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

1    **IT IS THEREFORE ORDERED** that the time for Defendants, Rocky Mountain and
2    Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield and HMO Colorado Inc.
3    d/b/a HMO Nevada, to file their response to Plaintiff's Complaint shall be, and hereby is,
4    extended from May 3, 2018 up through and including June 2, 2018.
5        IT IS SO ORDERED this _____ day of _____, 2018
6
7                                              _____
                                               UNITED STATES DISTRICT COURT JUDGE
8                                              DATED: _____
9                                              CASE NO.: 2:18-cv-00761-RFB-GWF
10
11

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28