James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100

Kevin D. Tessier, Esq. (admitted *pro hac vice*)
ktessier@reedsmith.com
Karen E. Vaysman, Esq. (admitted *pro hac vice*)
kvaysman@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, Illinois 60606-7507
Telephone: (312) 207-1000

*Attorneys for Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield and HMO Colorado Inc. d/b/a HMO Nevada*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC<br><br>Plaintiff,<br><br>vs.<br><br>ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD; HMO COLORADO INC. d/b/a HMO NEVADA<br><br>Defendants. | Case No.: 2:18-cv-00761-RFB-GWF<br><br>**STATUS REPORT AND STIPULATION TO STAY DISCOVERY** |

Plaintiff Sunrise Hospital and Medical Center, LLC ("Plaintiff") and Defendants Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield and HMO Colorado Inc. d/b/a HMO Nevada ("Defendants", and collectively with Plaintiff, the "Parties") submit the following Status Report and Stipulation to Stay Discovery:

1. On March 5, 2019, the Parties appeared before the Court on Anthem's Motion to Dismiss Plaintiff's Complaint. The Court denied Anthem's Motion to Dismiss and ordered Plaintiff to file an Amended Complaint on or by March 15, 2019. (Dkt. 40.)

2. At the March 5, 2019 hearing, the Parties and the Court discussed a potential stay of discovery in order to allow the Parties to pursue early resolution of this matter. The Parties agreed to report to the Court on whether they have reached an agreement concerning alternative dispute resolution.

3. Accordingly, the Parties report that they have agreed to pursue private mediation. As the Parties are in the preliminary stages of selecting a mediator and a mediation date, the Parties presently request to stay discovery for fourteen (14) days up through and including March 29, 2019. On or before March 29, 2019, the Parties will provide the Court with a status report concerning the scheduling of the mediation and inform the Court of the Parties' agreement as to an extension of the stay of discovery pending mediation.

4. This is the Parties' first request for a stay of discovery, and there is good cause for the stay of discovery. A stay will allow the Parties to focus their efforts on early resolution in an efficient manner and save the Parties' time and expense of discovery. Moreover, as no trial in this matter has

been set, the requested stay does not require a change to any trial date. The Parties jointly request the stay. Neither Party to this lawsuit will be prejudiced by the stay.

IT IS SO AGREED AND STIPULATED:

| | |
|---|---|
| Dated this <u>14th</u> day of March, 2019 | Dated this <u>14th</u> day of March, 2019 |
| Lapidus & Lapidus, PLC | REED SMITH LLP |
| By: */s/ Daniel C. Lapidus* <br>   JIM D. BAUCH <br>   DANIEL C. LAPIDUS <br>   RYAN D. LAPIDUS <br>   Lapidus & Lapidus, PLC <br>   177 South Beverly Drive <br>   Beverly Hills, California 90212 | By: */s/ Karen E. Vaysman* <br>   KEVIN D. TESSIER <br>   KAREN E. VAYSMAN <br>   10 South Wacker Drive <br>   Chicago, Illinois 60606 |
| In Association With: <br>   JOSHUA M. DICKEY <br>   BAILEY❖KENNEDY <br>   8984 Spanish Ridge Avenue <br>   Las Vegas, Nevada 89148-1302 | In Association With: <br>   JAMES J. PISANELLI, ESQ. <br>   DEBRA L. SPINELLI, ESQ. <br>   PISANELLI BICE PLLC <br>   400 South 7th Street, Suite 300 <br>   Las Vegas, Nevada 89101 |
| *Attorney for Sunrise Hospital and Medical Center, LLC* | *Attorneys for Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield and HMO Colorado Inc. d/b/a HMO Nevada* |

**IT IS SO ORDERED:**

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: March 15, 2019

CASE NO.: 2:18-cv-00761-RFB-GWF

- 3 -