James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100

Kevin D. Tessier, Esq. (admitted *pro hac vice*)
ktessier@reedsmith.com
Karen E. Vaysman, Esq. (admitted *pro hac vice*)
kvaysman@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, Illinois 60606-7507
Telephone: (312) 207-1000

*Attorneys for Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield and HMO Colorado Inc. d/b/a HMO Nevada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC<br><br>Plaintiff,<br><br>vs.<br><br>ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD; HMO COLORADO INC. d/b/a HMO NEVADA<br><br>Defendants. | Case No.: 2:18-cv-00761-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY STAY**<br><br>**(First Request)** |

Plaintiff Sunrise Hospital and Medical Center, LLC ("Plaintiff") and Defendants Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield and HMO Colorado Inc. d/b/a HMO Nevada ("Defendants", and collectively with Plaintiff, the "Parties") submit the following Stipulation and Order to Extend Discovery Stay:

1. On March 14, 2019, the Parties submitted a Status Report and Stipulation to Stay Discovery (the "Stipulation") in which they reported the Parties' agreement to pursue private mediation and requested to stay discovery for fourteen (14) days to allow for the selection of a mediator and mediation date. (Dkt. 45.) The Parties also stipulated to provide the Court with a status report concerning the scheduling of the mediation and the Parties' agreement as to an extension of the stay of discovery pending mediation on or before March 29, 2019. (Dkt. 45.)  The Court entered the Stipulation and Order on March 15, 2019. (Dkt. 46.)

2. The Parties have exchanged proposed mediators and their efforts to select a mediator and mediation date are ongoing.  The Parties thus require additional time to complete the scheduling of the mediation and, as such, agree and stipulate to extend the stay of discovery for an additional fourteen (14) days up through and including April 12, 2019.

3. The Parties further agree and stipulate that, on or before April 12, 2019, the Parties will provide the Court with a status report concerning the scheduling of the mediation and inform the Court of the Parties' agreement as to an extension of the stay of discovery pending mediation.

4. This is the Parties' first request to extend the stay of discovery.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

5.      There is good cause to extend the stay. An extension of the stay will allow the Parties to focus their continuing efforts on early resolution in an efficient manner and save the Parties' time and expense of discovery. Moreover, as no trial in this matter has been set, the requested extension of the stay does not require a change to any trial date. The Parties jointly request to extend the stay. Neither Party to this lawsuit will be prejudiced by the extension of the stay.

IT IS SO AGREED AND STIPULATED:

| | |
|---|---|
| Dated this 29th day of March, 2019 | Dated this 29th day of March, 2019 |
| Lapidus & Lapidus, PLC | REED SMITH LLP |
| By: */s/ Daniel C. Lapidus*<br>JIM D. BAUCH<br>DANIEL C. LAPIDUS<br>RYAN D. LAPIDUS<br>Lapidus & Lapidus, PLC<br>177 South Beverly Drive<br>Beverly Hills, California 90212 | By: */s/ Karen E. Vaysman*<br>KEVIN D. TESSIER<br>KAREN E. VAYSMAN<br>10 South Wacker Drive<br>Chicago, Illinois 60606 |
| In Association With:<br>JOSHUA M. DICKEY<br>BAILEY✧KENNEDY<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302 | In Association With:<br>JAMES J. PISANELLI, ESQ.<br>DEBRA L. SPINELLI, ESQ.<br>PISANELLI BICE PLLC<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101 |
| *Attorney for Sunrise Hospital and Medical Center, LLC* | *Attorneys for Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield and HMO Colorado Inc. d/b/a HMO Nevada* |

**IT IS SO ORDERED:**

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: April 1, 2019

CASE NO.: 2:18-cv-00761-RFB-GWF