JOSHUA M. DICKEY
Nevada Bar No. 6621
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JDickey@BaileyKennedy.com

RYAN LAPIDUS *(admitted pro hac vice)*
DANIEL LAPIDUS *(admitted pro hac vice)*
JIM BAUCH *(admitted pro hac vice)*
**LAPIDUS & LAPIDUS**
177 South Beverly Drive
Beverly Hills, California 90212
Telephone:  310.550.8700
Facsimile:   310.943.2471
Ryan@Lapiduslaw.com
Jim@Lapiduslaw.com

*Attorneys for Plaintiff*
Sunrise Hospital and Medical Center, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| SUNRISE HOSPITAL AND MEDICAL CENTER, LLC,<br><br>                     Plaintiff,<br><br>     vs.<br><br>ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD; HMO COLORADO INC. d/b/a HMO NEVADA,<br><br>                     Defendants. | Case No.  2:18-cv-00761-RFB-GWF |
|---|---|

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

Plaintiff Sunrise Hospital and Medical Center, LLC, and Defendants Rocky Mountain Hospital and Medical Service, Inc. (d/b/a Anthem Blue Cross and Blue Shield) and HMO Colorado, Inc. (d/b/a HMO Nevada) hereby stipulate and agree that this action shall be dismissed with prejudice, with each party is to bear its own costs and attorney's fees.

| | |
|---|---|
| DATED this 28th day of January, 2021. | DATED this 28th day of January, 2021. |
| BAILEY❖KENNEDY | REED SMITH LLP |
| By: */s/ Joshua M. Dickey* <br>    JOSHUA M. DICKEY <br>    8984 Spanish Ridge Avenue <br>    Las Vegas, Nevada 89148-1302 | By: */s/ Karen E. Vaysman* <br>    KAREN E. VAYSMAN *(admitted pro hac vice)* <br>    KEVIN D. TESSIER *(admitted pro hac vice)* <br>    10 South Wacker Drive <br>    Chicago, Illinois 60606 |
| In Association With: | In Association With: |
| RYAN LAPIDUS *(admitted pro hac vice)* <br> DANIEL LAPIDUS *(admitted pro hac vice)* <br> JIM BAUCH *(admitted pro hac vice)* <br> LAPIDUS & LAPIDUS <br> 177 South Beverly Drive <br> Beverly Hills, California 90212 | JAMES J. PISANELLI <br> ROBERT A. RYAN <br> PISANELLI BICE PLLC <br> 400 South 7th Street, Suite 300 <br> Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff Sunrise Hospital and Medical Center, LLC* | *Attorneys for Defendants Rocky Mountain Hospital and Medical Service, Inc. (d/b/a Anthem Blue Cross and Blue Shield) and HMO Colorado, Inc. (d/b/a HMO Nevada)* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 1st day of February, 2021.

Respectfully submitted by:

BAILEY❖KENNEDY

By: */s/ Joshua M. Dickey*
    JOSHUA M. DICKEY

*Attorneys for Plaintiff Sunrise Hospital and Medical Center, LLC*